1  Kirin K. Virk, State Bar No. 221369
   DAMRELL, NELSON, SCHRIMP,
2   PALLIOS, PACHER & SILVA
   1601 I Street, Fifth Floor
3  Modesto, CA 95354
   Telephone:  (209) 526-3500
4  Facsimile:   (209) 526-3534

5  Counsel for Plaintiff L. Stephen Endsley

6  G. Edward Rudloff, Jr., State Bar No. 56058
   Michelle Law, State Bar No. 246031
7  FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
   2000 Powell Street, Suite 900
8  Emeryville, CA 94608
   Telephone: (510) 740-1500
9  Facsimile: (510) 740-1501

10 Counsel for Defendant Travelers Property
    Casualty Insurance Company

11

12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14                      FRESNO DIVISION

15

16 L. STEPHEN ENDSLEY,                    **Case No. 1:14-CV-00346-LJO-GSA**
                                          **Related Case: 1:14-CV-00671-LJO-GSA**
17         Plaintiff,
       vs.                                **STIPULATION TO CONSOLIDATE**
18                                        **CASES AND ORDER THEREON**
   TRAVELERS PROPERTY CASUALTY
19 INSURANCE COMPANY,

20         Defendant.

21

22         IT IS HEREBY STIPULATED by and between the Parties hereto, Plaintiffs, L. Stephen

23 Endsley (hereinafter "Endsley") and Endsley Kiernan Limited Partnership (hereinafter "Kiernan

24 L.P."), and Defendant, Travelers Property Casualty Insurance Company (hereinafter "Defendant"

25 or Travelers"), through their respective undersigned attorneys, that Case No. 1:14-CV-00346-LJO-

26 GSA and Related Case No. 1:14-CV-00671-LJO-GSA be consolidated for all purposes, pursuant to

27 . . .

28 . . .

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
**A Professional**
**Corporation**

1  Rule 42 of Federal Rules of Civil Procedure, due to common questions of law and/or fact and in the

2  interests of judicial economy.

3  DATED:  August 15, 2014                    DAMRELL, NELSON, SCHRIMP,
                                                PALLIOS, PACHER & SILVA

5                                              By: /s/ Kirin K. Virk
                                                   Kirin K. Virk
6                                                  Attorneys for Plaintiffs

8  DATED:  August 15, 2014                    FORAN GLENNON PALANDECH
                                                PONZI & RUDLOFF PC

10                                             By:  /s/ G. Edward Rudloff, Jr.
                                                    G. Edward Rudloff, Jr.
11                                                  Michelle Law
                                                    Attorneys for Defendant

## **ORDER**

A Stipulation having been entered by the Parties for consolidation of matters, and good cause appearing therefore,

IT IS ORDERED that, due to common questions of law and/or fact and in the interests of judicial economy, Case No. 1:14-CV-00346-LJO-GSA and Related Case No. 1:14-CV-00671-LJO-GSA are hereby consolidated for all purposes and that Case No. 1:14-CV-00346-LJO-GSA is the lead case. All future filings shall be filed under the lead case **ONLY**.

IT IS SO ORDERED.

Dated:   **August 15, 2014**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

2
STIPULATION TO CONSOLIDATE CASES AND ORDER THEREON