G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
JENNIFER N. WAHLGREN (State Bar No. 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:       erudloff@fgppr.com
                   emurphy@fgppr.com
                   jwahlgren@fgppr.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| L. STEPHEN ENDSLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | **Case No. 1:14-CV-00346-LJO-GSA**<br>**Related Case:  1:14-CV-00671-LJO-GSA**<br><br>**ORDER APPROVING STIPULATION RE PARTIAL RESOLUTION OF DISPUTED ISSUES**<br><br>(ECF No. 30)<br><br>Discovery Cut-off Date:   07/01/15<br>Pretrial Conference Date: 12/23/15<br>Trial Date:                      02/23/16 |

The Court, having considered the Stipulation re Partial Resolution of Disputed Discovery Issues and Outstanding Disputed Discovery re Travelers' Motion to Compel Discovery Responses from Plaintiffs[1] (the "Stipulation") filed by Plaintiffs L. STEPHEN ENDSLEY and ENDSLEY KIERNAN, L.P. ("Plaintiffs") and Defendant

---

[1] A fully executed copy of which is located on the docket as ECF No. 30.

-1-
**ORDER APPROVING STIPULATION;**
**Case No. 1:14-CV-00346-LJO-GSA Related Case:  1:14-CV-00671-LJO-GSA**

TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY ("Travelers"), by and through their respective counsel, and good cause appearing, orders as follows:

1. The Stipulation is granted;
2. Plaintiffs will amend their responses to Travelers' interrogatories and document requests directed to Plaintiffs' claim for attorneys' fees; specifically, Plaintiffs will amend their responses to Travelers' Interrogatories, Set One, Interrogatory number 22, directed to Plaintiff L. Stephen Endsley and Travelers' Interrogatories, Set One, Interrogatory number 17 directed to Plaintiff Endsley Kiernan, L.P.; and Plaintiffs will further amend their responses and produce documents to Travelers' Request for Production of Documents, Set One, Request Numbers 21 and 22, directed to L. Stephen Endsley and Request for Production of Documents, Set One, Request Numbers 22 and 23, directed to Endsley Kiernan, L.P;
3. Plaintiffs will produce a copy of their fee agreement with any attorneys for which they are claiming attorneys' fees;
4. Plaintiffs will also produce copies of their attorneys' billing records reflecting the attorneys' fees they are seeking from Travelers as damages for breach of the implied covenant of good faith and fair dealing;
5. Plaintiffs will produce the attorneys' billing records with sufficient detail to allow Travelers to ascertain the services rendered, the time spent, and the amount claimed;
6. Plaintiffs will also produce supplemental attorneys' billing records every 60 days, as needed, to reflect changes to the amounts being claimed as attorneys' fees;
7. Plaintiff Endsley Kiernan, LP will amend its responses to Travelers' document requests directed to its financial condition; specifically, Plaintiff

Endsley Kiernan, L.P. will amend its responses and produce documents to Travelers' Request for Production of Documents, Set One, Request Numbers 16 through 21, directed to Endsley Kiernan, L.P.;

8. Where necessary, Plaintiffs will also provide a privilege log with the documents produced;

9. Travelers and Plaintiffs will execute a stipulated protective order agreeable to both Travelers and Plaintiffs regarding the production of billing records and Endsley Kiernan, L.P.'s financial documents to address Plaintiffs' privacy concerns; and

10. Plaintiffs will provide their amended responses to the discovery and documents by June 1, 2015.

IT IS SO ORDERED.

Dated: **May 13, 2015**              **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE