Kirin K. Virk, State Bar No. 221369
DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534

Counsel for Plaintiffs, L. Stephen Endsley and
Endsley Kiernan L.P.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| L. STEPHEN ENDSLEY,<br><br>    Plaintiff,<br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY and DOES 1 through 100,<br><br>    Defendant. | **Case No. 1:14-CV-00346-LJO-GSA**<br>Related Case: 1:14-CV-00671-LJO-GSA<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME**<br><br>Date: June 5, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom 10<br><br>(ECF No. 38)<br><br>Complaint Filed:           1/31/14<br>Discovery Cut-off Date:   8/10/15<br>Pretrial Conference Date: 12/23/15<br>Trial Date:               2/23/16 |

///
///
///
///
///

---

*Damrell Nelson Schrimp Pallios Pacher & Silva*
*A Professional Corporation*

1

ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
FOR ORDER SHORTENING TIME

The Court has considered Plaintiff's Ex Parte Application for Order Shortening Time to Hear Motion to Compel Depositions (ECF No. 38) as well as Defendant's opposition (ECF No. 41). Although good cause exists to shorten time for the requested hearing, the Court agrees with Defendant's suggestion of an informal discovery conference to resolve the issues raised in the Motion to Compel. Accordingly:

1.) The matter is SET for an informal telephonic conference call regarding the Motion to Compel for **June 4, 2015** at **10:00 a.m.** The parties shall coordinate a one-line conference call prior to calling chambers at (559) 499-5960 at that time.

2.) Plaintiff's request for an order shortening time is GRANTED. Plaintiffs' Motion To Compel shall be heard on **June 5, 2015**, at **9:30 a.m.**, in Department 10. Counsel for both parties shall personally appear at the hearing on June 5, 2015 and plan to engage in an extended meet and confer session which may require an all-day appearance unless the matter is otherwise resolved.

IT IS SO ORDERED.

Dated:  **June 1, 2015**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE