Kirin K. Virk, State Bar No. 221369
Brandy L. Barnes, State Bar No. 299080
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534

Counsel for Plaintiffs, L. Stephen Endsley
and Endsley Kiernan L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| L. STEPHEN ENDSLEY,<br><br>                 Plaintiff,<br><br>        vs.<br><br>TRAVELERS PROPERTY CASUALTY<br>INSURANCE COMPANY and DOES 1<br>through 100,<br><br>                 Defendant. | Case No. 1:14-cv-00346-LJO-GSA<br>Related Case: 1:14-CV-00671-JLO-GSA<br><br>**STIPULATION REGARDING THE<br>SCHEDULING OF DEPOSITIONS OF<br>DEFENDANT'S AGENTS AND ORDER<br>THEREON**<br><br>Trial Date:  February 23, 2016<br><br>(ECF No. 35) |

WHEREAS on May 28, 2015, Plaintiffs filed an Ex Parte Application For Order Shortening

Time To Hear Their Motion To Compel the taking of depositions of Defendant's employees as follows:

Michelle Cardinale- Tuesday, June 9th

Adam Robinson- Wednesday, June 10th

Patricia Trawick- Thursday, June 11th

Michael Baker- Tuesday, June 16th

Renee Collins- Wednesday, June 17th

Plaintiffs also sought to compel the taking of depositions of Mr. Robinson and Ms. Collins in

Modesto, California;

**STIPULATION REGARDING THE SCHEDULING OF DEPOSITIONS OF DEFENDANT'S
AGENTS AND ORDER THEREON**

*Damrell Nelson
Schrimp Pallios
Pacher & Silva*
A Professional
Corporation

WHEREAS the Honorable Gary S. Austin granted an Order Shortening Time to hear Plaintiffs' Motion to Compel on June 5, 2015 and scheduled an informal telephonic conference with counsel for the Parties on June 4, 2015;

WHEREAS on June 4, 2015, the Honorable Gary S. Austin convened an informal telephonic conference with Plaintiffs' counsel, Kirin K. Virk and Brandy L. Barnes, and Defendant's counsel, Edward Murphy, and ordered the Parties to inform the Court by 3:00 p.m. as to whether they were able to informally resolve the scheduling of Defendant's employees depositions and the locations for the depositions of Mr. Robinson and Ms. Collins;

WHEREAS on June 4, 2015, the Parties agreed to the following schedule for the taking of depositions of Defendant's employees:

A.      The following depositions to be conducted at 9:00 a.m. at the Modesto office of Damrell, Nelson, Schrimp, Pallios, Pacher & Silva:

       1.      Michelle Cardinale- Wednesday, June 24th

       2.      Patricia Trawick- Thursday, June 25th

       3.      Mike Baker- Friday, June 26th

B.      The Parties agreed that the depositions of Mr. Robinson and Ms. Collins would be taken during the week of July 20th, with Mr. Robinson's deposition preceding that of Ms. Collins and that they would be deposed, respectively, in Connecticut and Georgia and /or by video conference at the election of Plaintiffs' counsel.

       1.   The Parties have subsequently clarified and agreed that the deposition of Mr. Robinson will be taken by Plaintiffs' counsel in Hartford, Connecticut and/or or by video conference on Tuesday, July 21st at 9:00 a.m. and

       2.   The deposition of Ms. Collins will be taken by Plaintiffs' counsel in Atlanta, Georgia and/or by video conference on Thursday, July 23rd at 9:00 a.m.

WHEREAS on June 4, 2015, Plaintiffs informed the Court that the Parties had agreed upon a deposition schedule and Plaintiffs' Motion To Compel was taken off calendar.

///

**STIPULATION REGARDING THE SCHEDULING OF DEPOSITIONS OF DEFENDANT'S AGENTS AND ORDER THEREON**

1 | ///

2 | WE HEREBY AGREE AND CONSENT to the terms of the above Stipulation:

3 | DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA

4 |

5 | Dated:  June 11, 2015                          By   /s/ Kirin K. Virk_____

6 | Kirin K. Virk
Attorney for Plaintiffs

7 | L. Stephen Endsley and Endsley Kiernan,
L.P.

8 |

9 | FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

10 |

11 | Dated:  June 10, 2015                          By  /s/ Edward P. Murphy_____

12 | G. Edward Rudloff, Jr.
Edward P. Murphy

13 | Jennifer N. Wahlgren
Attorneys For Defendant Travelers Property

14 | Casualty Insurance Company

15 |

16 | **ORDER**

17 | The Court has reviewed and adopts the above Stipulation regarding the taking of

18 | Defendant's employees' depositions. The above schedule may only be modified by mutual

19 | agreement of counsel and/or by Court order. The terms of the Stipulation resolve the disputes

20 | between the parties raised in the Motion to Compel (ECF No. 35). Thus, the Motion to Compel is

21 | DENIED as moot.

22 |

23 | IT IS SO ORDERED.

24 | Dated:   **June 11, 2015**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

25 |

26 |

27 |

28 |

**STIPULATION REGARDING THE SCHEDULING OF DEPOSITIONS OF DEFENDANT'S
AGENTS AND ORDER THEREON**