G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
JENNIFER N. WAHLGREN (State Bar No. 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:     (510) 740-1500
Facsimile:     (510) 740-1501
E-mail: erudloff@fgppr.com
             emurphy@fgppr.com
             jwahlgren@fgppr.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| L. STEPHEN ENDSLEY,<br><br>                Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | **Case No. 1:14-CV-00346-LJO-GSA**<br>**Related Case:  1:14-CV-00671-LJO-GSA**<br><br>**ORDER APPROVING STIPULATION TO EXTEND EXPERT DISCOVERY**<br><br>(ECF No. 50)<br><br>Discovery Cut-off Date:   08/10/15<br>Pretrial Conference Date:  12/23/15<br>Trial Date:                       02/23/16 |

The Court, having considered the Stipulation to Extend Expert Discovery[1] filed by Plaintiffs L. STEPHEN ENDSLEY and ENDSLEY KIERNAN, L.P. ("Plaintiffs") and Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY ("Travelers"), by and through their respective counsel, finds good cause to amend its previous scheduling order and adopts the Stipulation. Accordingly:

   1.   Expert Disclosures are due on **August 17, 2015**.

   2.   Rebuttal Expert Disclosures are due on **September 8, 2015**.

---

[1] A fully executed copy of which is located on the Court's docket at ECF No. 50.

3. Each party will make any Rebuttal Expert(s) available for deposition on or before **September 18, 2015**.

4. The Expert Discovery cutoff is **September 18, 2015**.

IT IS SO ORDERED.

Dated:   **June 30, 2015**             /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-2-
**ORDER APPROVING STIPULATION TO EXTEND EXPERT DISCOVERY;**
**Case No. 1:14-CV-00346-LJO-GSA Related Case: 1:14-CV-00671-LJO-GSA**