G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
JENNIFER N. WAHLGREN (State Bar No. 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:     (510) 740-1500
Facsimile:      (510) 740-1501
E-mail: erudloff@fgppr.com
             emurphy@fgppr.com
             jwahlgren@fgppr.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| L. STEPHEN ENDSLEY,<br><br>              Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>              Defendant. | **Case No. 1:14-CV-00346-LJO-GSA**<br>**Related Case:  1:14-CV-00671-LJO-GSA**<br><br>**ORDER APPROVING IN PART STIPULATION TO EXTEND EXPERT DISCOVERY & FILING OF DISPOSITIVE MOTIONS**<br><br>[The Honorable Gary S. Austin]<br><br>Discovery Cut-off Date:    08/10/15<br>Pretrial Conference Date:  12/23/15<br>Trial Date:                        02/23/16 |

The Court, having considered the Stipulation to Extend Expert Discovery filed by Plaintiffs L. STEPHEN ENDSLEY and ENDSLEY KIERNAN, L.P. ("Plaintiffs") and Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY ("Travelers"), by and through their respective counsel, and good cause appearing, amends the scheduling order in this case as follows:

1.     Rebuttal Expert Disclosures are now due on **October 6, 2015**;

-1-
**ORDER APPROVING STIPULATION TO EXTEND EXPERT DISCOVERY & FILING OF DISPOSITIVE MOTIONS;**
**Case No. 1:14-CV-00346-LJO-GSA Related Case:  1:14-CV-00671-LJO-GSA**

2. Each party agrees to make any rebuttal expert available for deposition on or before **October 16, 2015**;

3. The Expert Discovery cutoff date is now **October 16, 2015**;

4. The Dispositive Motion Filing Deadline is now **October 19, 2015**; provided, however, that any such dispositive motion shall have a hearing date no later than **November 20, 2015**.

IT IS SO ORDERED.

Dated:   **August 25, 2015**             /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-2-
**ORDER APPROVING STIPULATION TO EXTEND EXPERT DISCOVERY & FILING OF DISPOSITIVE MOTIONS;**
**Case No. 1:14-CV-00346-LJO-GSA Related Case:  1:14-CV-00671-LJO-GSA**